## BRICKLAYERS', MASONS' & PLASTERERS' INTERNATIONAL UNION OF AMERICA et al. v. BRADLEY.

No. 9673—Opinion Filed April 23, 1918.

(172 Pac. 440.)

(Syllabus.)

### Appeal and Error — Commencement of Proceeding in Error—Dismissal.

A proceeding in error in this court to reverse, vacate, or modify a judgment or final order commenced more than six months from the rendition of the judgment or final order complained of will be dismissed.

Error from District Court, Tulsa County; N. E. McNeill, Judge.

Action between the Bricklayers', Masons' & Plasterers' International Union of America and others and J. S. Bradley, administrator of the estate of W. H. Bradley, deceased. Judgment for the latter, and the former bring error. Dismissed.

Luther James, G. E. Warren, and D. F. Gore, for plaintiffs in error.

P. H. Moroney and Gregg & Martin, for defendant in error.

MILEY, J. This proceeding in error was commenced on the 22nd day of December, 1917, to reverse the judgment of the court below rendered on the 24th day of May, 1917, and the order overruling motion for new trial made and entered on the 11th day of June, 1917. More than six months had elapsed from the rendition of the judgment and order overruling motion for new trial when this proceeding was commenced, and the defendant in error moves to dismiss upon that ground. By chapter 18, Session Laws 1910-11, p. 35, it is provided that all proceedings for reversing, vacating, or modifying judgments on final orders shall be commenced within six months from the rendition of the judgment or final order complained of. The motion is therefore sustained. Continental Beneficial Association v.

Gray, 67 Okla. —, 169 Pac. 1070; Shelton v. Wallace, 63 Okla. 79, 162 Pac. 1092.

All the Justices concur.